105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE:      CASE NO:  16-30622-SGJ-13
**MELINDA D HENDERSON**
**DEBTOR**

## MOTION TO AMEND ORDER APPROVING MODIFIED PLAN

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Comes now, Standing Chapter 13 Trustee, Movant herein, an files this "Motion to Amend Order Approving Modified Plan", heretofore entered in the above sytled Chapter 13 case, and for his Motion states as follows:

An "Order Approving Modified Plan" was entered in this case on September 28, 2018.

- [x] To change the Plan Base to $79,053.84.
- [x] To change the Plan payments to $1,141.00 x 2; $1,600.00 x 27.
- [x] To change resume date on the order to be 09/12/2018.
- [x] To reflect the correct Plan Term of 60 months.

The Trustee requests the Court enter an Amended Order Approving Modified Plan.

**WHEREFORE PREMISES CONSIDERED**, the Trustee prays for the entry by this Court of an "Amended Order Approving Modified Chapter 13 Plan, Valuing Collateral and Allowing Debtor's Attorney's Fees" and for all other just and proper relief.

Respectfully submitted,

STANDING CHAPTER 13 TRUSTEE

By: /s/ Thomas D. Powers

Thomas D. Powers / State Bar No. 16218700
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

**MOTION TO AMEND ORDER APPROVING MODIFIED PLAN, Page 2**
**Case # 16-30622-SGJ-13**
**MELINDA D HENDERSON**

---

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 N COMMERCE ST, DALLAS, TEXAS, 75201 BEFORE THE CLOSE OF BUSINESS ON 12/10/2018  12:00:00AM, WHICH IS TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

**Certificate of Service**

I hereby certify that a true copy of the foregoing Motion to Amend Order Approving Modified Plan was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail:

| | |
|---|---|
| Debtor: | Melinda D Henderson, 1147 Monterrey Trail, Mesquite, Tx  75149 |
| Attorney: | Fears Nachawati Pllc, 4925 Greenville Ave, Suite 715, Dallas, Tx  75206 |
| Notice Creditor(s): | Americredit Financial Services Inc, Dba Gm Financial, Po Box 183853, Arlington, Tx  76096 |
| | County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207 |
| | Sn Servicing Corp, 323 5Th Street, Eureka, Ca  95501 |

Dated:    11/19/2018                          By:  /s/ Thomas D. Powers